Frank R. Siderius   WSBA 7759
SIDERIUS LONERGAN & MARTIN LLP
500 Union Street, Ste 847
Seattle, WA 98101
Telephone: 206/624-2800
Fax:  206/624-2805

Attorneys for Plaintiffs
United States for the Use and Benefit of
Sherwin Williams Company

FILED _____ LODGED
_____ RECEIVED
NOV 30 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

11-CV-05889-ORD

# UNITED STATES DISTRICT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF SHERWIN WILLIAMS COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>JR BALL CONTRACTING GROUP, INC., a corporation; THE HANOVER INSURANCE COMPANY,<br><br>Defendants. | NO. C11-5889 RBL<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff United States for the Use and Benefit of Sherwin Williams Company and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

DATED this 29th day of November, 2011.

/s/ Frank R. Siderius
Frank R. Siderius  WSBA 7759
SIDERIUS LONERGAN & MARTIN LLP
Attorneys for Plaintiff

IT IS SO ORDERED THIS 30th DAY OF November, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) - 1

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805